IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00488-RJ

ERIC BICKSLER,                          )
                                        )
Plaintiff,                              )
                                        )
v.                                      )                    ORDER
                                        )
MARTIN O'MALLEY,                        )
                                        )
Commissioner of Social Security,        )
                                        )
                    Defendant.          )


This matter is before the Court based on Plaintiff's opening brief, [DE-24],

and Defendant's Motion for Remand to the Commissioner, [DE-29]. Plaintiff,

through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's

decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the

Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292

(1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to

Rule 58 of the Federal Rules of Civil Procedure.

So ordered this 14th day of March, 2024.


_____
Robert B. Jones, Jr.
United States Magistrate Judge